DOWNEY BRAND LLP
DANIEL J. COYLE (Bar No. 119274)
MONICA S. HANS (Bar No. 227379)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
dcoyle@downeybrand.com
mhans@downeybrand.com

Attorneys for Defendant
S.J. LOUIS CONSTRUCTION INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CAREY; JOSEPH BORDEN; and PEDRO ESPINOZA, each as individual, on his own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>S.J. LOUIS CONSTRUCTION INC., a Minnesota corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; and DOES 1 through 200, inclusive,<br><br>Defendants. | CASE NO.  2:10-cv-02017-GEB-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING ORDER DATES** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the Scheduling Order dates be modified as follows:

Expert Disclosures:                           September 16, 2011

Rebuttal Expert Disclosures:             October 14, 2011

/ / /

/ / /

/ / /

1168918.1

1

STIPULATION AND [PROPOSED] ORDER REGARDING REVISED SCHEDULING ORDER DATES

1    IT IS SO STIPULATED.

2

3    DATED: June 29, 2011            DONAHOO & ASSOCIATES

4
                                      By:        /s/ Joseph K. Johnson
5                                            JOSEPH K. JOHNSON
                                             Attorney for Plaintiffs
6                                     JUSTIN CAREY, JOSEPH BORDEN and
                                             PEDRO ESPINOZA
7

8    DATED: June 30, 2011            DOWNEY BRAND LLP

9
                                      By:        /s/ Daniel J. Coyle
10                                           DANIEL J. COYLE
                                             Attorney for Defendant
11                                      S.J. LOUIS CONSTRUCTION, INC.

12
     DATED: June 30, 2011            BOOTH MITCHEL & STRANGE, LLP
13

14
                                      By:        /s/ Stacie L. Brandt
15                                           STACIE L. BRANDT
                                             Attorney for Defendant
16                                   LIBERTY MUTUAL INSURANCE COMPANY

17

18

19   IT IS SO ORDERED.

20   **Date:  7/5/2011**

21

22                                              [signature]

23                                    GARLAND E. BURRELL, JR.
                                      United States District Judge