Richard E. Donahoo (SBN 186957)
Sarah L. Kokonas (SBN 262875)
Joseph K. Johnson (SBN 263499)
**DONAHOO & ASSOCIATES**
440 W. First Street, Suite 101
Tustin, California  92780
Telephone (714) 953–1010
Facsimile (714) 953–1777
rdonahoo@donahoo.com
skokonas@donahoo.com
jjohnson@donahoo.com

Attorneys for Plaintiffs
JUSTIN CAREY, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CAREY, JOSEPH BORDEN, and PEDRO ESPINOZA each as an individual, on his own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>S.J. LOUIS CONSTRUCTION INC., a Minnesota Corporation, LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation, and DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No.: 2:10-cv-02017-GEB-GGH<br><br>**[PROPOSED] ORDER REGARDING REVISED SCHEDULING ORDER DATES** |

1  IT IS HEREBY ORDERED that the Scheduling Order dates be modified as
2  follows:
3     Expert Disclosures:              October 17, 2011
4     Rebuttal Expert Disclosures:     November 14, 2011
5
6  IT IS SO ORDERED.
7
   DATED: SEPTEMBER 26, 2011
8
9                                    _____
                                     GARLAND E. BURRELL, JR.
10                                   United States District Judge